# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BEN WALKER,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:16-0681 |
| v. | : | **(MANNION, D.J.)** <br> **(SAPORITO, M.J.)** |
| **COURT OF COMMON PLEAS OF MONROE COUNTY, PENNSYLVANIA, DOMESTIC RELATIONS SECTION** | : | |
| Defendant | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) the report and recommendation of Judge Joseph F. Saporito, Jr., (Doc. 14), issued in the above-captioned matter, is **ADOPTED IN ITS ENTIRETY**;

(2) the plaintiff's complaint, (Doc. 1), is **DISMISSED WITHOUT PREJUDICE**; and

(3) the Clerk of Court is directed to mark this action **CLOSED**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: November 23, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-0681-01-order.wpd